IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

AUG 17 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 04-2161 ) |
| SMS ELECTRIC, INC., | ) ) ) |
| Defendant. | ) |

10:00 AM

## COMPLAINT

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by its attorneys, Cavanagh & O'Hara, complaining of the Defendant, SMS ELECTRIC, INC., and allege as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended, U.S.C. Title 29, Section 1145.

2. Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, are employee benefit plans administered pursuant to the terms and provisions of the Trust Agreement creating said Funds and is required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1001 et seq. The address and place of business of the Plaintiffs is 2120 Hubbard Avenue, Decatur, Illinois 62526-2871. The Plaintiffs are the collection agents for International Brotherhood of Electrical Workers (IBEW) Local Union #197, National Electrical Benefit Fund, National LMCC–Illinois Chapter, and the IBEW Apprenticeship Fund.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Section 102 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by Local Union No. 197 International Brotherhood of Electrical Workers, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to Letters of Assent entered into by and between the Defendant and International Brotherhood of Electrical Workers Local Union #197. A copy of the Letters of Assent are attached hereto and made a part hereof as **Exhibit A**.

4. The Defendant's address is 608 White Oak Road, Normal, Illinois 61761.

5. The Defendant entered into the collective bargaining agreement by executing the Letter of Assent (Exhibit A) authorizing the Illinois Chapter NECA, Bloomington Division, to be Defendant's bargaining representative for such purposes. Therefore, Defendant entered into a collective bargaining agreement, and all amendments hereto, which obligates it to make fringe benefit contributions to the aforementioned Plaintiffs. The collective bargaining agreement is attached hereto and made a part hereof as **Exhibit B.**

6. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title 29, §1145), the Defendant is required to make contributions to the Plaintiffs employee benefit funds in accordance with the terms and conditions of the Agreement and Declaration of Trusts, as shown by Plaintiffs' **Exhibits C and D.**

7. Pursuant to ARTICLE V, Section 3 of the Agreement and Declaration of Trust of NECA-IBEW WELFARE TRUST FUND, if the contributions are not paid by the due date, the Employer shall be additionally liable for liquidated damages in the aggregate sum of (a) $50.00 per month on each monthly report and/or contributions that are not received by the 15th of the month up to a maximum of $500.00; and (b) twice the prime interest rate on the amount of each month's

delinquent contributions, compounded monthly.

8. Pursuant to ARTICLE V, Section 4 of the Agreement and Declaration fo Trust of NECA-IBEW PENSION TRUST FUND, the Trustees may require the payment by employers of liquidated damages (as provided in the applicable Union Agreement or as determined by the Trustees). Further, pursuant to the Minutes of the November 6, 1987 Board of Trustees meeting of the NECA-IBEW Pension Trust Fund, a copy of the pertinent part of such Minutes is attached hereto and made a part hereof as **Exhibit E,** the Trustees may require a $50.00 penalty per month on each monthly report that is not received by the 15th of the month; plus twenty percent (20%) of the amount of the total monthly contribution due for each untimely contribution payment and further, payment of all audit costs derived in order to ascertain the correct amount of contributions owed, all costs of litigation, including attorneys fees which shall not be less than one third of the judgment amount, all costs of collection, audit fees and delinquency penalties.

9. Defendant, SMS ELECTRIC, INC., submitted contribution report forms for the months of January and February 2004 without sufficient funds in its bank account to pay such contributions. In addition, Defendant has failed to pay liquidated damages and interest due to Plaintiffs. The contributions, liquidated damages and interest owed are as follows:

**January 2004**
| | |
|---|---|
| Health and Welfare | $1,744.40 |
| Pension | 498.40 |
| Working Assessment | 129.59 |
| National Electrical Benefit Fund | 163.27 |
| National LMCC–Illinois Chapter | 3.56 |
| Apprenticeship Fund | 81.65 |
| Subtotal | 2,620.82 |

**February 2004**
| | |
|---|---|
| Health and Welfare | $1,222.55 |
| Pension | 349.30 |
| Working Assessment | 67.70 |

| | |
|---|---:|
| National Electrical Benefit Fund | 103.56 |
| National LMCC–Illinois Chapter | 2.49 |
| Apprenticeship Fund | 62.38 |
| Subtotal | 1,807.98 |

**Liquidated Damages & Interest Due**

| | |
|---|---:|
| For Welfare Contributions | $ 259.11 |
| For Pension Contributions | 538.38 |
| Subtotal | 797.49 |

| | |
|---|---:|
| Total Contributions | $4,428.80 |
| Total Liquidated Damages & Interest | 797.49 |
| **TOTAL** | **$5,226.29** |

A copy of said report forms and checks are attached hereto and made a part hereof as **Exhibit F**.

10. That Plaintiffs have made demands upon the Defendant for the amounts owed, but Defendant has refused to satisfy said demands. A copy of said demands are attached hereto and made a part hereof as **Exhibit G**.

11. Attached hereto and incorporated herein as **Exhibit H** is the Affidavit of James P. Moody in support of his request for attorney fees incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A. For a Judgment in favor of Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, and against Defendant, SMS ELECTRIC, INC., in the total amount of $5,226.29 for delinquent contributions, liquidated damages and interest for the months of January and February 2004.

B. That Defendant be decreed to pay Plaintiffs its reasonable attorney fees in the amount of $1,410.83 as provided by 29 U.S.C. §1132(g)(2) and Plaintiffs' Trust Agreements.

C. That Defendant be specifically required to perform and continue to perform all of its obligations to the Plaintiffs, particularly to furnish to Plaintiffs the required contribution reports and payments.

D. That Defendant be decreed to pay all costs attendant to the costs of these proceedings.

E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

NECA-IBEW WELFARE TRUST FUND and<br>
NECA-IBEW PENSION TRUST FUND,<br>
Plaintiffs,

By: _James P. Moody_
JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
F:\files\NECA-IBE\DELIQ\C-SMSElectric.DEL.wpd

JS 44
(Rev. 3/99)

04-2161

# CIVIL COVER SHEET

The JS – 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED AUG 17 2004** JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

**I.(a) PLAINTIFFS**
NECA-IBEW Welfare Trust Fund and
NECA-IBEW Pension Trust Fund

**DEFENDANTS**
SMS Electric, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Macon
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Peoria
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701    (217) 544-1771

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 442 Employment / HABEAS CORPUS: | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
E.R.I.S.A., 29 U.S.C. Sec. 1145

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $6,637.12
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE August 16, 2004
SIGNATURE OF ATTORNEY OF RECORD /s/ James P. Moody