**E-FILED**
Tuesday, 17 August, 2004  04:49:58 PM
Clerk,





# *RESIDENTIAL* AGREEMENT

BLOOMINGTON DIVISION,
ILLINOIS CHAPTER,
NATIONAL ELECTRICAL CONTRACTORS ASSOCIATIONS, INC.

AND

LOCAL UNION #197,
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

FOR THE PERIOD
March 1, 2001  to February 29, 2004

William C. Belforte
Executive Vice President
Illinois Chapter, NECA
1501 S. MacArthur Blvd
Springfield, IL    62704
217) 787-9500

Jerry DeHart
Business Manager
Local Union #197, IBEW
1105 West Front Street
Bloomington, IL 61701
(217) 544-3479

EXHIBIT
B

# BLOOMINGTON DIVISION, ILLINOIS CHAPTER, NECA
# AND
# LOCAL UNION 197, IBEW

## RESIDENTIAL LABOR AGREEMENT

## TABLE OF CONTENTS

BASIC PRINCIPLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SCOPE OF WORK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ARTICLE I – EFFECTIVE DATE - CHANGES - GRIEVANCES - DISPUTES . . . . . . 1
    Section 1.01 – Effective Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Section 1.02 – Termination or Change Notice . . . . . . . . . . . . . . . . . . . . . . . 1
    Section 1.03 – Amend by Mutual Consent . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.04 – Work Stoppage -- Lockout . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.05 – Labor Management Committee . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.06 – Grievances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.07 – Vote . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.08 – C. I. R. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.09 – Procedures During Dispute . . . . . . . . . . . . . . . . . . . . . . . . 3

ARTICLE II – EMPLOYER RIGHTS - UNION RIGHTS . . . . . . . . . . . . . . . . . . . . 3
    Section 2.01 – Employee Contracting . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 2.02 – Qualification of Contractors . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 2.03 – Employers Working . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 2.04 – Favored Nations Clause . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 2.05 – Management's Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 2.06 – Union Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 2.07 – Bonding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 2.08 – Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 2.09 – Removal of Employee . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 2.10 – Annulment - Subcontracting . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 2.11 – Nonresident Employees . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.12 – Job Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.13 – Steward Appointment . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.14 – Union Dues Deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.15 – Administrative Notice of Separation . . . . . . . . . . . . . . . . . . . 6
    Section 2.16 – Timely Filing of Grievance . . . . . . . . . . . . . . . . . . . . . . . . 6

ARTICLE III – HOURS - WAGES - WORKING CONDITIONS . . . . . . . . . . . . . . . 6
    Section 3.01 – Hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Section 3.02 – Reporting for Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Section 3.03 – Labor Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Section 3.04 – Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Section 3.05 – Pay Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Section 3.06 – Tools  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Section 3.07 – Employer Tools  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Section 3.08 – Traveling Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Section 3.09 – Foreman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Section 3.10 – Show up Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Section 3.11 – Shift Clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Section 3.12 – Foreman Call out by Name . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Section 3.13 – Professional Behavior/Attire . . . . . . . . . . . . . . . . . . . . . . . . . . 8

ARTICLE IV – REFERRAL PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Section 4.01 – Referral . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Section 4.02 – Source . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Section 4.03 – Rejection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Section 4.04 – Union Membership Discrimination . . . . . . . . . . . . . . . . . . . . . 9
Section 4.05 – Group Register . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Section 4.06 – Procedure When List Is Exhausted . . . . . . . . . . . . . . . . . . . . . 10
Section 4.07 – Labor Market . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.08 – Resident . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.09 – Examinations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.10 – Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.11 – Out of Work List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.12 – Re-registration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Section 4.13 – Re-registration (40 hours or less) . . . . . . . . . . . . . . . . . . . . . . 11
Section 4.14 – Method of Referral of Applicants . . . . . . . . . . . . . . . . . . . . . . 11
Section 4.15 – Exceptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Section 4.16 – Appeals Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Section 4.17 – Function of the Appeals Committee . . . . . . . . . . . . . . . . . . . . . 11
Section 4.18 – Posting Copy of Referral Procedure . . . . . . . . . . . . . . . . . . . . . 11
Section 4.19 – Inspection of Referral Records . . . . . . . . . . . . . . . . . . . . . . . . 11
Section 4.20 – Hiring of Trainees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

ARTICLE V – TRAINING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Section 5.01 – Residential Training Subcommittee . . . . . . . . . . . . . . . . . . . . . 12
Section 5.02 – Term of Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Section 5.03 – Program Supervision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Section 5 04 – Trustees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Section 5.05 – Trainee Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.06 – Job Training Assignments . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.07 – Trainee Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.08 – Ratio  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.09 – Term of Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.10 – OJT Hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.11 – Residential Training Supervision . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.12 – Trainee Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Section 5.13 – Graduation from Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Section 5.14 – Contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

ARTICLE VI -- FRINGE BENEFITS AND OTHER CONTRIBUTIONS . . . . . . . . . . . 14
Section 6.01 – NEBF Contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Section 6.02 – Health and Welfare Trust Fund .......................... 14
Section 6.03 – NECA-IBEW Pension Plan ............................. 15
Section 6.04 – National Electrical Industry Fund ........................ 16

**ARTICLE VII – NATIONAL LABOR-MANAGEMENT COOPERATIVE COMMITTEE ..... 16**
Section 7.01 – Purpose of Fund ....................................... 16
Section 7.02 – Function - Participation ............................... 17
Section 7.03 – Contribution ......................................... 17
Section 7.04 – Delinquent Contributions .............................. 17

**ARTICLE VIII - SAFETY ................................................. 17**
Section 8.01 – No Unsafe Work Permitted ............................. 17
Section 8.02 – Safety on 440 Volts ................................... 17
Section 8.03 – Exclusive Responsibility ............................... 17

**ARTICLE IX - SEPARABILITY CLAUSE .................................. 18**

**APPENDIX "A" - WAGE SUMMARY ..................................... 19**

# BLOOMINGTON ILLINOIS DIVISION,

# ILLINOIS CHAPTER, NECA

# AND LOCAL UNION #197, IBEW

# RESIDENTIAL LABOR AGREEMENT

Agreement by and between the Illinois Chapter, National Electrical Contractors Association, Inc. and Local Union No. 197, International Brotherhood of Electrical Workers.

It shall apply to all firms who sign a Letter of Assent to be bound by this Agreement.

As used hereinafter in this Agreement, the term "Division" shall mean the Bloomington Division, Illinois Chapter, National Electrical Contractors Association, Inc. and the term "Union" shall mean Local Union #197, International Brotherhood of Electrical Workers.

The term "Employer" shall mean an individual firm who has been recognized by an assent to this Agreement.

## BASIC PRINCIPLES

The Employer and the Union have a common and sympathetic interest in the Electrical Industry. Therefore, a working system and harmonious relations are necessary to improve the relationship between the Employer, the Union and the Public. Progress in industry demands a mutuality of confidence between the Employer and the Union. All will benefit by continuous peace and by adjusting any differences by rational common sense methods. Now, therefore, in consideration of the mutual promises and Agreements herein contained, the parties hereto agree as follows:

## SCOPE OF WORK

It is mutually agreed that the provisions of this Agreement shall apply to all projects involving the construction, alteration, or repair of single family houses or apartment buildings of no more than four (4) stories in height including telephone and cable installation. This includes all incidental items such as site work, parking areas, utilities, streets and sidewalks.

## ARTICLE I – EFFECTIVE DATE - CHANGES - GRIEVANCES - DISPUTES

**Section 1.01 – Effective Date -** This Agreement shall take effect March 1, 2001 and shall remain in effect until February 29, 2004, unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from March 1 through the last day of February each year, unless changed or terminated in the way later provided herein.

**Section 1.02 – Termination or Change Notice -**
  (a)  Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least ninety (90) days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

1

(b)   Whenever notice is given for changes, the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.

(c)   The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

(d)   Unresolved issues or disputes arising out of the failure to negotiate a renewal or modification of this agreement that remain on the 20th of the month preceding the next regular meeting of the Council on Industrial Relations may be submitted jointly or unilaterally to the Council for adjudication. Such unresolved issues or disputes shall be submitted no later than the next regular meeting of the Council following the expiration date of this agreement or any subsequent anniversary date. The Council's decisions shall be final and binding.

(e)   When a case has been submitted to the Council, it shall be the responsibility of the negotiating committee to continue to meet weekly in an effort to reach a settlement on the local level prior to the meeting of the Council.

(f)   Notice of a desire to terminate this Agreement shall be handled in the same manner as a proposed change.

**Section 1.03 – Amend by Mutual Consent -** This Agreement shall be subject to change or supplement at any time by mutual consent of the parties hereto. Any such change or supplement agreed upon shall be reduced to writing, signed by the parties hereto, and submitted to the International Office of the IBEW for approval, the same as this Agreement.

**Section 1.04 – Work Stoppage -- Lockout -** There shall be no stoppage of work either by strike or lockout because of any proposed changes in this Agreement or dispute over matters relating to this Agreement. All such matters must be handled as stated herein.

**Section 1.05 – Labor Management Committee -** There shall be a Residential Labor-Management Committee of three (3) representing the Union, at least two (2) of whom shall be workmen engaged in this type of work and three (3) selected by the Employer--at least two (2) of whom shall be Employers doing this type of work. It shall meet regularly at such stated times as it may decide. It shall also meet within forty-eight (48) hours when notice is given by either party. It shall select its own Chairman and Secretary the Local Union shall select the Union representatives and the Chapter shall select the management representatives.

**Section 1.06 – Grievances -** All grievances or questions in dispute shall be adjusted by the duly authorized representative of each of the parties to this Agreement. In the event that these two are unable to adjust any matter within forty-eight (48) hours, they shall refer the same to the Residential Labor-Management committee.

**Section 1.07 – Vote -** All matters coming before the Residential Labor-Management Committee shall be decided by a majority vote. Four members of the Committee, two from each of the parties hereto, shall be a quorum for the transaction of business, but each party shall have the right to cast the full vote of its membership and it shall be counted as though all were present and voting.

**Section 1.08 – C. I. R. -** Should the Residential Labor-Management Committee fail to agree or to adjust any matter, such shall then be referred to the Council on Industrial Relations for the Electrical Contracting Industry for adjudication. The Council's decisions shall be final and binding.

Section 1.09 – Procedures During Dispute - When any matter in dispute has been referred to conciliation or arbitration for adjustment, the provisions and conditions prevailing prior to the time such matters arose shall not be changed or abrogated until agreement has been reached or a ruling has been made.

# ARTICLE II – EMPLOYER RIGHTS - UNION RIGHTS

## Section 2.01 – Employee Contracting -

(a)  Employee Contracting/Moonlighting Prohibited - Employees, while either employed or subject to employment under this Agreement, shall be prohibited from accepting payment for services rendered for any work performed which may fall under the scope of this Agreement for anyone but an Employer signed to a Letter of Assent.  Payment shall include, but shall not be limited to, any type compensation or remuneration including property and/or bartering.

(b)  Employees, while either employed or subject to employment under this Agreement, shall face a penalty for such actions equal to the value of such work and punitive damages, as determined by the Labor-Management Committee.  Any such penalties collected are to be paid into the Apprenticeship Fund.

(c)  Upon proper notification to the Business Manager, it shall be his responsibility to immediately inspect the situation, interview the parties involved (union member and property owner) and report his findings to the contractor or to the NECA Chapter Office.

Section 2.02 – Qualification of Contractors - Certain qualifications, knowledge, experience, and financial responsibility are required of everyone desiring to be an Employer in the electrical industry.  Therefore, an Employer who contracts for electrical work is a person, firm, or corporation having these qualifications and maintaining a place of business and a suitable financial status to meet payroll requirements.

Section 2.03 – Employers Working - One member of a firm may be allowed to work with the tools provided one Wireman is employed by such firm regularly.  The member of the firm to be employed with the tools shall be registered with the Local Union by name in writing.

Section 2.04 – Favored Nations Clause - The Union agrees, that if during the life of this Agreement, it grants to any other Employer in the Electrical Contracting Industry on work covered by this Agreement, any better terms or conditions than those set forth in this Agreement, such better terms or conditions shall be made available to the Employer under this Agreement and the Union shall immediately notify the Employer of any such concession.

Section 2.05 – Management's Rights - The Union understands the Employer is responsible to perform the work required by the owner.  The Employer shall, therefore, have no restrictions except those specifically provided for in the collective bargaining agreement, in planning, directing, and controlling the operations of all his work, in deciding the number and kind of employees to properly perform the work, in hiring and laying off employees, in transferring employees from job to job, within the Local Union's geographical jurisdiction, in determining the need and number as well as the person who will act as Foreman, in requiring all employees to observe the Employer's and/or Owner's rules and regulations not inconsistent with this Agreement, in requiring all employees to observe all safety regulations, and in discharging employees for proper cause.

**Section 2.06 – Union Security -** All employees who are members of the Union on the effective date of this Agreement shall be required to remain members of the Union as a condition of employment during the term of this Agreement. New Employees shall be required to become and remain members of the Union as a condition of employment from and after the sixtieth (60) day following the date of their employment.

The Employer recognizes the Union as the exclusive representative of all its employees performing work within the jurisdiction of the Union for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment and other conditions of employment.

**Section 2.07 – Bonding -** Each Employer shall furnish a surety bond to be incremented as per the number of employees:

| | |
|---|---|
| 1 - 12 | $   5,000.00 |
| 13 - 20 | 10,000.00 |
| 21 - 30 | 30,000.00 |
| 31 - 50 | 50,000.00 |
| 51 - 100 | 70,000.00 |
| OVER 100 | 100,000.00 |

to secure payment of all amounts due on account of payroll and fund deduction, contribution and reporting obligations of the Employer required by the Agreement. The Bond shall provide that it may not be terminated without fifteen days (15) prior written notice to the Employer and the Local Union.

**Section 2.08 – Insurance -** For all employees covered by this Agreement the individual Employer shall carry Workmen's Compensation Insurance with a company authorized to do business in this state, Social Security and such other protective insurance as may be required by the laws of this state, and shall furnish satisfactory proof of such to the Union. He shall also pay the required amount to the State Unemployment Commission.

**Section 2.09 – Removal of Employee -** This Agreement does not deny the right of the Union or its representatives to render assistance to other labor organizations by removal of its members from jobs when necessary and when the Union or its proper representatives decide to do so; but no removal shall take place until notice is first given the Employer involved.
When such removal takes place, the Union or its representative shall direct the workmen on such job to carefully put away all tools, materials, equipment or any other property of the Employer in a safe manner. The Union will be financially responsible for any loss to the Employer for neglect in carrying out this provision, but only when a safe place is provided for these by the Employer.

**Section 2.10 – Annulment - Subcontracting -**
(a)   The Local Union is a part of the International Brotherhood of Electrical Workers and any violation or annulment by an individual Employer of the approved Agreement of this or any other Local Union of the IBEW, other than violations of paragraph (b) of this Section, will be sufficient cause for the cancellation of his Agreement by the Local Union, after a finding has been made by the International President of the Union that such violation or annulment has occurred.

4

(b)  The subletting, assigning or transfer by an individual Employer of any work in connection with electrical work to any person, firm or corporation not recognizing the IBEW or one of its Local Unions as the collective bargaining representative of his employees on any electrical work in the jurisdiction of this or any other Local Union to be performed at the site of construction, alteration, painting or repair of a building, structure or other work, will be deemed a material breach of this Agreement.

(c)  All charges of violations of paragraph (b) of this Section shall be considered as a dispute and shall be processed in accordance with the provisions of this Agreement covering the procedure for the handling of grievances and the final and binding resolution of disputes.

**Section 2.11 – Non-resident Employees** - An employer signatory to a collective bargaining agreement or to a letter of assent to an agreement with another IBEW Local Union, who signs an assent to this Agreement, may bring up to four bargaining unit employees employed in that Local Union's jurisdiction into this Local's jurisdiction and up to two bargaining unit employees per job from that Local's jurisdiction to this Local's jurisdiction for specialty or service and maintenance work. All charges of violations of this section shall be considered as a dispute and shall be processed in accordance with the provisions of this agreement for the handling of grievances with the exception than any decision of a local labor-management committee that may be contrary to the intent of the parties to the National Agreement on Employee Portability, upon recommendation of either or both the appropriate IBEW International Vice President or NECA Regional Executive Director, is subject to review, modification, or rescission by the Council on Industrial Relations.

**Section 2.12 – Job Access** - The representative of the Union shall be allowed access to any building at any reasonable time where workmen covered by the terms of this Agreement are employed, unless the owner of the property objects.

**Section 2.13 – Steward Appointment -** The Business Manager of the Union shall have the right to appoint a Wireman as a Steward at any shop and on all jobs where employees are employed under the terms of this Agreement. Such Stewards shall be allowed sufficient time by the Employer to discharge their duties as Stewards in seeing to it that the terms of this Agreement are being observed by all parties, however, this shall not be construed as requiring the Employer to place a non working Steward on any job. Stewards will not be allowed to collect dues or added premiums on Employer's time.

(a)  Under no circumstances shall a Steward be discriminated against by any Employer because of the faithful performance of his duties as such.

(b)  Stewards shall in no case cause a stoppage of work in any case of trouble in the shop or on the job, which he cannot adjust with the Employer or his designated representative. They must refer such matters to the Business Manager of the Union.

**Section 2.14 – Union Dues Deduction** - The Employer agrees to deduct and forward to the Financial Secretary of the Local Union--upon receipt of a voluntary written authorization--the additional working dues from the pay of each IBEW member. The amount to be deducted shall be the amount specified in the approved Local Union Bylaws. Such amount shall be certified to the Employer by the Local Union upon request by the Employer.

5

**Section 2.15 – Administrative Notice of Separation -** Employers shall prepare an administrative notice of separation and forward one copy to the office of the Local Union within three (3) working days of the separation and one copy to the employee. The form will provide space for such comments relating to the character of service as the Employer desires to make on such form as approved by the parties and furnished by the Local Union.

**Section 2.16 – Timely Filing of Grievance -** No grievance will be recognized unless called to the attention of the Chapter by the Union, or to the attention of the Union by the Chapter, within five (5) working days after the occurrence of the event giving rise to the grievance. Such notice may initially be provided verbally but must be confirmed within forty-eight (48) hours in writing setting forth the details of the grievance, the Articles and Sections of the Labor Agreement alleged to have been violated, the date and location of the grievance, the names of those involved in the grievance and the relief which is sought. Failure by the grieving party to submit the grievance within the designated time will render the grievance void. Forms for submitting such grievances will be provided as approved by the Chapter and the Union.

## ARTICLE III – HOURS - WAGES - WORKING CONDITIONS

**Section 3.01 – Hours -** Any eight (8) hours work between the hours of 6:00 A.M. and 6:00 P.M. except for a thirty (30) minute lunch period which shall begin four (4) hours immediately following the regular starting time, shall constitute a regular work day. Five such days, Monday through Friday inclusive, shall constitute a regular work week. All work performed outside the regularly scheduled hours, Monday through Friday and all day Saturday, shall be paid for at one and one-half ( 1 ½) times the regular straight time rate of pay. All work performed on Sundays and the following holidays: New Year's Day, Memorial Day, Fourth of July, Labor Day, Veterans Day, Thanksgiving Day, Day after Thanksgiving, and Christmas Day, or days celebrated as such, shall be paid for at two times (2x) the regular straight time rate of pay.

**Section 3.02 – Reporting for Work -** When workmen are directed to report to the job, such workmen shall be on the job ready to commence work at the regular starting time. All tools and materials shall be stored or put away before quitting time.

**Section 3.03 – Labor Day -** No work shall be performed on Labor Day except in case of emergency.

**Section 3.04 – Wages -** The minimum hourly rate of wages shall be the following:

```
Effective March 1, 2001:
RESIDENTIAL WIREMAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $15.84
FOREMAN . . . . . . . . . . . . . . . . Ten percent (10%) above Residential Wireman's Rate

Effective June 1, 2001:
RESIDENTIAL WIREMAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $15.64
FOREMAN . . . . . . . . . . . . . . . . Ten percent (10%) above Residential Wireman's Rate
```

JAN. 1, 2002    1/1/02    $15.40
```
Effective March 1, 2002:                              3/1/02
RESIDENTIAL WIREMAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $17.06 16.83
FOREMAN . . . . . . . . . . . . . . . . Ten percent (10%) above Residential Wireman's Rate

Effective June 1, 2002:
RESIDENTIAL WIREMAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $16.86 16.42
```

6

FOREMAN . . . . . . . . . . . . . . . Ten percent (10%) above Residential Wireman's Rate

Effective March 1, 2003:                                      # 17.53
RESIDENTIAL WIREMAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $18.27
FOREMAN . . . . . . . . . . . . . . . Ten percent (10%) above Residential Wireman's Rate

6-1-03 = #17.03
1-1-04 = # 16.78

RESIDENTIAL WIREMAN TRAINEES:
1st Period 0 - 800 hours + Satisfactory Progress . . . . . . . . . . . . . . . . . . . . . . . . . . . 60%
2nd Period 801 - 1600 hours + Complete 1st Year of School  . . . . . . . . . . . . . . . . 70%
3rd Period 1601 - 3200 hours + Complete 2nd Year of School  . . . . . . . . . . . . . . . 80%
4th Period 3201 - 4800 hours + Complete 3rd Year of School . . . . . . . . . . . . . . . . 90%
of Residential Wireman Rate

**Section 3.05 – Pay Day -** Wages shall be paid not later than the regular quitting time on the established pay day of each week and not more than three day's wages may be withheld at any time.  Wages shall be paid on the job or at the office.  In the event checks given by the Employer for wages due are not negotiable, the Employer shall thereafter be required to pay all wages in currency until such time as satisfactory proof is given the Union that future checks issued will be negotiable.

**Section 3.06 – Tools -** Residential Wiremen shall provide themselves with the following tools:

| | | |
|---|---|---|
| Knife | Pencil | 6 Ft. Rule |
| Pliers - Cutting | Hammer | Screwdrivers - not over 8" |
| Pipe Wrenches 14" | Wood Chisel - small | Hacksaw Frame |
| Compass Saw | Center Punch | Square |
| Pliers - Channel Lock | Plumbob | Level - small |
| Allen Wrench (up to 5/8) | Continuity Tester | Wigginton |
| Flashlight | Tool Pouch | Long Nose Pliers |
| 10" Crescent Wrench | Rattail File | ⅜" and ¼" Drill Bits* |
| ¼" Masonry Bit* | 25' Tape | Paddle Bits Size ⅜" through 1"* |
| Keyhole Saw | Volt-Ohm Meter | |

*Designates replacement by Employer*

**Section 3.07 – Employer Tools -** The Employer shall furnish all necessary tools (except pocket tools) or equipment to properly install and/or do the job.  Employees will be held responsible for the Employer's tools and equipment being stored in a safe manner provided the Employer has furnished a safe and suitable place for the storing of Employee's clothing and tools.

**Section 3.08 – Traveling Time -** .
(a)  No traveling time shall be paid before or after working hours for traveling to or from any job in the jurisdiction of the Union when workmen are ordered to report on the job. Workmen shifting from one (1) job to another during work hours shall be furnished transportation.

(b)  The Employer shall pay time for travel and furnish transportation from shop to job, job to job, and job to shop within the jurisdiction of the Union.  On work outside the jurisdiction of the Union, the Employer shall furnish transportation, traveling time, room and board and all other necessary expenses.

**Section 3.09 – Foreman -** Each job or project requiring more than four (4) Residential Wiremen shall be under the supervision of a Foreman.  For every five (5) Residential Wiremen or

Residential Trainees employed either in a shop or on a job, one (1) Residential Wireman will receive Foreman's pay.

**Section 3.10 – Show up Time** - When men are ordered to report at a shop or a job and are not put to work, they shall be paid for all time for which they are directed to remain available, but they shall receive no less than two (2) hours' pay, unless they are notified at least one (1) hour before starting time.

**Section 3.11 – Shift Clause** - When so elected by the contractor, multiple shifts of at least five (5) days duration may be worked. When two (2) or three (3) shifts are worked:

(a) The first shift (day shift) shall be worked between the hours of 8:00 A.M. and 4:30 P.M. Workmen on the day shift shall receive eight (8) hours' pay at the regular hourly rate for eight (8) hours' work.

(b) The second shift (swing shift) shall be worked between the hours of 4:30 P.M. and 12:30 A.M. Workmen on the "swing shift" shall receive eight (8) hours' pay at the regular hourly rate plus 10% for seven and one-half (7 ½) hours' work.

(c) The third shift (graveyard shift) shall be worked between the hours of 12:30 A.M. and 8:00 A.M. Workmen on the "graveyard shift" shall receive eight (8) hours' pay at the regular hourly rate plus 15% for seven (7) hours' work.

A lunch period of thirty (30) minutes shall be allowed on each shift. All overtime work required after the completion of a regular shift shall be paid at one and one-half (1 ½) times the "shift" hourly rate.

There shall be no pyramiding of overtime rates and double (2x) the straight time rate shall be the maximum compensation for any hour worked.

There shall be no requirement for a day shift when either the second (2nd) or third (3rd) shift is worked.

**Section 3.12 – Foreman Call out by Name** - The Employer shall have the right to call Foreman by name provided:

(a) The employee has not quit his previous Employer within the past two (2) weeks.

(b) The Employer shall notify the Business Manager in writing of the name of the individual who is to be requested for employment as a Foreman. Upon such request, the Business Manager shall refer said Foreman provided the name appears on the highest priority group.

(c) When an employee is called as a foreman, that employee must remain as a foreman for 1,000 hours or must receive a reduction in force.

**Section 3.13 – Professional Behavior/Attire** - In an effort to improve the public's perception of the Electrical Contracting Industry and enhance employment opportunities for contractors and their employees, the parties hereby advocate the following standards of professional behavior and attire:

Abusive, profane or threatening language is unprofessional and inappropriate. Also, any acts of harassment or discrimination regarding sex, religion, age disability, or national origin are not to be tolerated.

Clothing worn on the job shall not be objectionable to the customer and should be appropriate to the work being performed and the conditions encountered. Articles of jewelry or personal accessories such as chains, necklaces, earrings, watches, shoes or material with conductive thread should not be worn when those items pose a physical threat. Torn, ragged or dirty clothing portrays a negative image of our industry and should be avoided. Any clothing with lewd, obscene or otherwise suggestive wording or pictures is totally inappropriate. Personal grooming should be consistent with the parties' intent to depict a professional image. Head and facial hair should be clean and well-kept. If either is worn long, it should be constrained in such a manner that it is not a safety hazard. General cleanliness is also encouraged, especially when contact with a customer or the general public can be expected.

## ARTICLE IV – REFERRAL PROCEDURE

**Section 4.01 – Referral** - In the interest of maintaining an efficient system of production in the industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of the employees in their employment status within the area and of eliminating discrimination in employment because of membership or non-membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

**Section 4.02 – Source** - The Union shall be the sole and exclusive source of referral of applicants for employment.

**Section 4.03 – Rejection** - The Employer shall have the right to reject any applicant for employment.

**Section 4.04 – Union Membership Discrimination** - The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, bylaws, constitutional provisions or any other aspect or obligation of Union membership policies or requirements. All such selections and referral shall be in accordance with the following procedure.

**Section 4.05 – Group Register** - The Union shall maintain a register of applicants for employment established on the basis of the Groups listed below. Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

GROUP I.   All applicants for employment who have two or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed a Residential Wireman's examination given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a Residential Wireman by a duly constituted Residential Training Subcommittee <u>and</u> who have been employed for a period of at least one year in the last two years in the geographical area covered by the collective bargaining agreement.

GROUP II.   All applicants for employment who have two or more years' experience in the trade and who have passed a Residential Wireman's examination given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a Residential Wireman by a duly constituted Residential Training Subcommittee.

GROUP III.   All applicants for employment who have two or more years' experience in the trade.

**Section 4.06 - Procedure When List Is Exhausted** – If the registration list is exhausted and the Union is unable to refer applicants for employment to the Employer within 48 hours from the time of receiving the Employer's request, Saturdays, Sundays and holidays excepted, the Employer shall be free to secure employees without using the referral procedure.   The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such employees.

**Section 4.07 – Labor Market** - "Normal construction labor market" is defined to mean the following geographical area plus the commuting distance adjacent thereto which includes the area from with the normal labor supply is secured:

| COUNTIES | TOWNSHIPS |
|----------|-----------|
| Woodford | Palestine, El Paso and Kansas |
| Dewitt | Waynesville, Wilson and Rutledge |
| McLean | Gridley, Chenoa, Yates, White Oak, Hudson, Money Creek, Lexington, Lawndale, Danvers, Dry Grove, Normal, Towanda, Blue Mound, Martin, Allin, Dale, Oldtown, Bloomington, Dawson, Downs, Arrowsmith, Randolph, Mount Hope, Funks Grove, Empire and West |

The above geographical area is agreed upon by the parties to include the area defined by the Secretary of Labor to be the appropriate prevailing wage areas under the Davis-Bacon Act to which the Agreement applies.

**Section 4.08 – Resident** - "Resident" means a person who has maintained his permanent home in the above geographical area for a period of not less than one year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

**Section 4.09 – Examinations** - An "examination" shall include experience rating tests if such examination shall have been given prior to the date of this Agreement, but from and after the date of this Agreement shall include only written and/or practical examinations given by this Local Union or any other duly constituted Inside Construction Local Union of the IBEW. Scheduled intervals of time for examinations shall not exceed ninety days.  An applicant shall be eligible for examination if he has two years' experience in the trade.

**Section 4.10 – Requirements** - Anyone who makes an application for referral as an applicant for employment and who does not meet the requirements of one of the three Groups in Section 4.05 above shall be referred to the Residential Training Subcommittee for their consideration as a Trainee.

**Section 4.11 – Out of Work List** - The Union shall maintain an "Out-of-Work-List" which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

**\* Section 4.12 – Re-registration** - An applicant who has registered on the "Out of Work List" must renew his application every thirty days or his name will be removed from the "List."

**Section 4.13 – Re-registration (40 hours or less)** - An applicant who is hired and who receives, through no fault of his own, work of forty hours or less, shall, upon re-registration, be restored to his appropriate place within the Group.

**Section 4.14 – Method of Referral of Applicants** - Employers shall advise the Business Manager of the Local Union of the number of applicants needed. The Business Manager shall refer applicants to the employer by first referring applicants in GROUP I in order of their place on the "Out of Work List" and then referring applicants in the same manner successively from the "Out of Work List" in GROUP II, then GROUP III. Any applicant who is rejected by the Employer shall be returned to his appropriate place within his GROUP and shall be referred to other employment in accordance with the position of his GROUP and his place within the GROUP.

**Section 4.15 – Exceptions** - The only exception which shall be allowed in this order of referral is when the Employer states bona fide requirements for special skills and abilities in his request for applicants, the Business Manager shall refer the first applicant on the register possessing such skills and abilities.

**Section 4.16 – Appeals Committee** - An Appeals Committee is hereby established composed of one member appointed by the Union, one member appointed by the Employer or by the Association, as the case may be, and a Public Member appointed by both these members.

**Section 4.17 – Function of the Appeals Committee** - It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant arising out of the administration by the Local Union of Sections 4.04 through 4.05 of this Agreement. The Appeals Committee shall have the power to make a final and binding decision on any such complaint which shall be complied with by the Local Union. The Appeals Committee is authorized to issue procedural rules for the conduct of its business, but is not authorized to add to, subtract from or modify any of the provisions of this Agreement and its decisions shall be in accord with this Agreement.

**Section 4.18 – Posting Copy of Referral Procedure** - A copy of the Referral Procedure set forth in this Agreement shall be posted on the Bulletin Board in the offices of the Local Union and the offices of the Employers who are parties to this Agreement.

**Section 4.19 – Inspection of Referral Records** - A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**Section 4.20 – Hiring of Trainees** - Trainees shall be hired and transferred in accordance with the training provisions of the Agreement between the parties.

\* OPTIONAL

# ARTICLE V – TRAINING

**Section 5.01- Residential Training Subcommittee** – The local Joint Apprenticeship and Training Committee (JATC) properly established between the chapter of the National Electrical Contractors Association (NECA) and the Local Union of the International Brotherhood of Electrical Workers (IBEW) shall adopt local Residential Apprenticeship Standards in conformance with the NJATC National Guideline Standards and Policies. All such standards shall be registered with the NJATC, and thereafter submitted to the appropriate Registration Agency.

The JATC shall be responsible for all training. The JATC, however, may elect to establish a subcommittee consisting of two to four members appointed by the IBEW Local Union, and an equal number of members appointed by the NECA Chapter. The JATC or its properly established subcommittee shall be responsible for the conduct and operation of the Residential Apprenticeship and Training Program in accordance with the standards and policies adopted by the local JATC. The duties of a subcommittee, where one exists, shall include: interviewing, ranking and selecting applicants and the supervision of all apprentices in accordance with the registered standards and locally approved JATC policies.

**Section 5.02 - Term of Office** – Where the JATC elects to establish a subcommittee, an equal number of members (two, three or four) shall be appointed, in writing, by both the NECA Chapter and the IBEW Local Union. All such appointments shall be in writing designating the beginning and termination dates for each appointment. The term of one subcommittee member from both the NECA Chapter and the IBEW Local Union shall expire each year on a fixed anniversary date. The NECA Chapter and the IBEW Local Union may elect to appoint one or more members of the JATC to serve on the subcommittee.

JATC and subcommittee members serve at the will of the party they represent and may be removed by the party they represent or they may resign. All appointments made to fill unexpired terms shall likewise be in writing.

The subcommittee, where one is established by the JATC, shall select from its membership, but not both from the same party, a Chairman and a Secretary who shall retain voting privileges.

The JATC, or its subcommittee, shall maintain a set of minutes for each and every meeting. Such minutes shall be maintained by the JATC and its subcommittee, where a subcommittee is properly established.

**Section 5.03 - Program Supervision** – Any issue concerning an apprentice or an apprenticeship matter shall be referred to the JATC for its review, evaluation and resolve. The JATC or its subcommittee, where one exists, shall enforce standards and policies established and approved by the JATC. Any appeal pertaining to any action of the subcommittee, shall be referred to the JATC for review and resolution. Any decision or ruling of the JATC shall be final and binding on the subcommittee. If the JATC cannot resolve an appeal, the matter shall be properly referred to the Local Labor Management Committee for resolution.

**Section 5.04 - Trustees** – Though the JATC may elect to establish subcommittees, there is to be only one JATC trust. That trust shall be responsible for all apprenticeship and training trust fund matters. Only properly appointed members of the JATC shall serve as trustees to the JATC trust.

**Section 5.05 - Trainee Selection** – All apprentices shall enter the program through the JATC, or its subcommittee., as per the properly registered apprenticeship standards and selection procedures. No candidate shall be assigned to work as an apprentice until they have been properly selected and indentured.

**Section 5.06 - Job Training Assignments** – The JATC, or its subcommittee, shall be responsible for the assignment, or reassignment, of all Residential apprentices. All such job training assignments, or reassignments, shall be made in writing and the Local Union Referral Office shall be notified, in writing, of all job training assignments.

**Section 5.07 - Trainee Termination** – The JATC may terminate any indenture prior to the completion of apprenticeship. When an indenture is terminated, the former apprentice shall not be eligible for employment under this agreement, in any classification, until two years after they should have completed the apprenticeship program and they must demonstrate they have acquired the necessary skills and knowledge to warrant the classification of Residential Wireman. Such individual may, however, reapply for Apprenticeship through the normal application and selection process after their indenture has been terminated.

**Section 5.08 - Ratio** – Though the JATC cannot guarantee any number of apprentices, any employer signatory to this agreement shall be entitled to a ratio of two apprentices to one Residential Wireman on any job. The JATC shall maintain an active list of qualified applicants, as per the selection procedures, in order to provide an adequate number of apprentices to meet the job site ratio. Applicants shall not be selected and indentured when indentured apprentices are available for on-the-job training assignments. If the JATC is unable to provide an eligible employer with an apprentice within ten working days, the JATC shall select and indenture the next available applicant from the active list of ranked applicants.

**Section 5.09 - Term of Training** – Each apprentice shall be required to satisfactorily complete the three-year course of study provided by the NJATC as a minimum requirement for completion of their related classroom training . The JATC may also elect to require additional training options that are provided for in the National Guideline Standards. The total term of apprenticeship shall not require more than three years of related training.

**Section 5. 10 - OJT Hours** – The apprentice is required to satisfactorily complete the minimum number of on-the-job training hours specified and properly registered in the Residential Apprenticeship and Training Standards.

**Section 5.11 - Residential Trainee Supervision** – The apprentice is to be under the supervision of a Residential Wireman, or a qualified supervisor. Supervision will not be of a nature that prevents the development of responsibility and initiative. The apprentice shall be permitted to perform any and all job tasks in order to properly develop trade skills and become proficient in the work processes associated with the trade. A Residential Wireman is not required to constantly watch or observe the work of the apprentice. The apprentice is not prohibited from working alone when the Residential Wireman or Supervisor is required to leave or is absent from the job, respecting any wage and hour regulations that may exist.

**Section 5.12 - Trainee Contributions** – The employer shall contribute to the local Health and Welfare Plans and to the National Electrical Benefit Fund (NEBF) on behalf of all apprentices. Contributions to other benefit plans may be addressed in other sections of this agreement.

**Section 5.13 - Graduation from Program** – Upon satisfactory completion of Apprenticeship, the JATC shall provide the apprentice with a diploma from the NJATC. The JATC shall encourage the apprentice to seek college credit through the NJATC. The JATC may also require the apprentice to acquire any appropriate license required for Residential Wiremen to work in the jurisdiction covered by this agreement.

**Section 5.14 - Contribution** – All Employers subject to the terms of this Agreement shall contribute the amount of funds specified by the parties signatory to the local apprenticeship and training trust agreement. The current rate of contribution is one and one half percent (1½%) of the gross monthly labor payroll. This sum shall be due the Trust Fund by the same date as is their payment to the NEBF under the terms of the Restated Employees Benefit Agreement and Trust.

# ARTICLE VI -- FRINGE BENEFITS AND OTHER CONTRIBUTIONS

**Section 6.01 – NEBF Contribution** - It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF") as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized otherwise by the NEBF, the individual Employer will forward monthly to the designated local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by the employees in the bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual employer who fails to remit as provided above shall be additionally subject to having his agreement terminated upon seventy-two (72) hours notice in writing being served by the Union, provided the individual employer fails to show satisfactory proof that the required payments have been paid to the appropriated local collection agent.

The failure of an individual employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of his labor agreement.

**Section 6.02 – Health and Welfare Trust Fund**
(a) Contribution - It is mutually agreed that the Employer shall contribute to the NECA-IBEW Welfare Trust Fund effective March 1, 2001 the sum of three ($3.00) per hour, and effective June 1, 2001 the sum of three dollars and twenty cents ($3.20), and effective June 1, 2002 the sum of three dollars and forty cents ($3.40), for each hour worked by each eligible employee as defined in the Trust Agreement which established such fund. Upon determination of the prescribed increase in the Fund in the third year of the Agreement, the Union will meet to allocate a portion of the third year increase to the Fund.

(b) Trust Fund Payments - Such payments shall be made monthly on such forms as are provided by the Fund Trustees. Contributions shall be made to the Trustees of the NECA-IBEW Welfare Trust Fund and shall be paid on or before the 15th day of the month, following the month for which hours were worked. The remittance by check, draft or money order, together with the Health & Welfare Fund copy of the MPR-64 report shall be mailed to the fund office.

(c) Incorporation of Trust Agreement by Reference - The Employer agrees to be bound by the Amended Agreement and Declaration of Trust of the NECA-IBEW Welfare Trust Fund, and by any future amendments thereto. The Employer agrees that it shall be bound by all actions taken by the Trustees of the NECA-IBEW Welfare Trust Fund in the administration of the Fund pursuant to the provisions of the Amended Agreement and Declaration of Trust or as it may hereafter be amended.

(d) Termination on 72 Hours Notice - Individual Employers who fail to remit as provided above shall be additionally subject to having this Agreement terminated upon seventy-two (72) hours notice, in writing, being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been paid to the Local Secretary-Treasurer.

## Section 6.03 – NECA-IBEW Pension Plan

(a) Contribution - Employer agrees to be bound by the Agreement and Declaration of Trust entered into March 1, 1993 establishing the NECA-IBEW Pension Trust Fund and by any amendments to said Trust Agreement. Employers shall contribute into the NECA-IBEW Pension Trust Fund effective March 1, 2001 the sum of one dollar and thirty cents ($1.30), and effective March 1, 2002 the sum of one dollar and thirty-five cents ($1.35), and effective March 1, 2003 the sum of one dollar and forty cents ($1.40) per hour for each hour worked in the preceding month, for all employees covered by this Agreement.

(b) Trust Fund Payments - Contributions shall be made on or before the 15th of the month following the month for which they are due. Payment by separate check and the 6th copy of Form MPR-64 shall be mailed to NECA-IBEW Pension Trust Fund, 2120 Hubbard Avenue, Decatur, IL 62526.

(c) Incorporation of Trust Agreement by Reference - Employer irrevocably designates as his representative among the Trustees of said fund such Trustees as are named in said Agreement and Declaration of Trust as Employer Trustees, together with their successors selected in the manner provided in said Agreement and Declaration of Trust as that document may be amended from time to time.

The Employer agrees to be bound by the amended Agreement and Declaration of Trust of the NECA-IBEW Pension Trust Fund, and by any future amendments thereto.

The Employer agrees that it shall be bound by all actions taken by the Trustees of the NECA-IBEW Pension Trust Fund in the administration of the Fund pursuant to the provisions of the amended Agreement and Declaration of Trust or as it may hereafter be amended.

(d) Termination on 72 Hours Notice - Employers who fail to remit regularly and fail to show satisfactory proof that delinquent payments have been paid shall be subject to having this Agreement terminated after seventy-two (72) hours notice in writing has been served by the Union.

15

**Section 6.04 – National Electrical Industry Fund**
Each individual Employer shall contribute an amount not to exceed one percent (1%) nor less than .2 of 1% of the productive labor payroll, as determined by each local Chapter and approved by the Trustees, with the following exclusions:

(a) Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one Chapter area during any one calendar year, but not exceeding 150,000 man-hours.

(b) One hundred percent (100%) of all productive electrical payroll in excess of 150,000 man-hours paid for electrical work in any one Chapter area during any one calendar year.

(Productive labor payroll is defined as the total wages ((including overtime)) paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing Labor Agreement where the business is transacted). Payment is to be forwarded monthly to the National Electrical Industry Fund in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this Agreement on the part of the individual Employer.

# ARTICLE VII – NATIONAL LABOR-MANAGEMENT COOPERATIVE COMMITTEE

**Section 7.01 – Purpose of Fund** - The parties agree to participate in the NECA-IBEW National Labor Management Cooperation Fund, under authority of Section 6(b) of the Labor-Management Cooperation Act of 1978, 29 U.S.C. §175(a) and Section 302(c)(9) of the Labor-Management Relations Act, 29 U.S.C. § 186(c)(9). The purposes of this Fund include the following:

(a) to improve communication between representatives of labor and management;

(b) to provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

(c) to assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

(d) to study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

(e) to sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and the industry;

(f) to encourage and support the initiation and operation of similarly constituted local labor-management cooperation committees;

(g) to engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational safety and health, labor relations, and new methods of improved production;

(h) to engage in public education and other programs to expand the economic development of the electrical construction industry.

(i)     to enhance the involvement of workers in making decisions that affect their working lives; and

(j)     to engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

**Section 7.02 – Function - Participation** - The Fund shall function in accordance with, and as provided in, its Agreement and Declaration of Trust, and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the NLMCC, as provided in said Agreement and Declaration of Trust.

**Section 7.03 – Contribution** - Each employer shall contribute one cents ($.01) per hour worked under this Agreement up to a maximum of 150,000 hours per year.   Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed.   The Chapter, NECA, or its designee, shall be the collection agent for this Fund.

**Section 7.04 – Delinquent Contributions** - If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance.  In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty ($20), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments.  Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees.

# ARTICLE VIII - SAFETY

**Section 8.01 – No Unsafe Work Permitted** - No Employer shall compel an employee to work in an unsafe area or manner.  No Employee will be discriminated against for this reason.

**Section 8.02 – Safety on 440 Volts** - On all energized circuits of 440 volts or over, as a safety measure, two (2) or more  Wiremen must work together.  The wire or terminals upon which the work involved is actually being performed must be energized to be considered as governed by this item.  No emergency checking of fuses or equipment shall be covered by this paragraph.

**Section 8.03 – Exclusive Responsibility** - It is the Employer's exclusive responsibility to insure the safety of its employees and their compliance with these safety rules and standards.

## ARTICLE IX - SEPARABILITY CLAUSE

Should any provision of this Agreement be declared illegal by any court of competent jurisdiction, such provision shall immediately become null and void, leaving the remainder of the Agreement in full force and effect and the parties shall, thereupon, seek to negotiate substitute provisions which are in conformity with the applicable laws.

IN WITNESS WHEREOF, the parties have executed this Agreement on the 1st day of March, 2001.

SIGNED FOR THE ILLINOIS CHAPTER
NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, INC.

DIVISION CHAIRMAN

EXECUTIVE VICE PRESIDENT

SIGNED FOR THE LOCAL UNION #197,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS

PRESIDENT

BUSINESS MANAGER

SUBJECT TO REVIEW BY THE NATIONAL
OFFICE OF THE NATIONAL ELECTRICAL
CONTRACTORS ASSOCIATION, INC.

SUBJECT TO THE APPROVAL OF THE
INTERNATIONAL PRESIDENT OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS

APPROVED
INTERNATIONAL OFFICE - I.B.E.W.

APR 2 0 2001

Edwin D. Hill, President
This approval does not make the
International a party to this agreement.

# MEMORANDUM

### To The Residential Labor Agreement
### Between
### Bloomington Division, Illinois Chapter,
### National Electrical Contractors Association, Inc.
### And
### Local Union #197, International Brotherhood of Electrical Workers

This Memorandum is entered into between the Illinois Chapter, National Electrical Contractors Association, Inc. and Local Union #197, International Brotherhood of Electrical Workers on March 1, 2001 and shall expand the Scope of Work in the 2001-2004 Residential labor agreement.

The parties realized that portions of the hard-won Residential market may fall into jeopardy from time to time, creating a need for the organized electrical industry to be more competitive and flexible. By expanding the scope is specific situations, it is believed that the residential work force can remain employed in lean times and also help management to retain its competitive edge.

Therefore the parties agree to open the Scope of work to include "Assisted Living Complexes" in cases where only merit shop firms appear on the bid list.

*SIGNED FOR THE ILLINOIS CHAPTER,*
*NATIONAL ELECTRICAL CONTRACTORS*
*ASSOCIATION, INC.*

*SIGNED FOR LOCAL UNION NO. 197*
*OF THE INTERNATIONAL BROTHERHOOD*
*OF ELECTRICAL WORKERS*

DIVISION CHAIRMAN

BUSINESS MANAGER

EXECUTIVE VICE-PRESIDENT

S:\AGREEMEN\BLO197\RESIDENT\3-01 thru 2-04\MemorandumScope01.wpd