# MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS
## VARIOUS ELECTRICAL INDUSTRY FUNDS AND NATIONAL ELECTRICAL BENEFIT FUND
### FOR USE IN BOARD #17 ONLY

Please Print/Type Name/Address/Phone No.:
SMS Electric Inc.
P.O. Box 1035
Bloomington, IL 61702

Federal Registration No.: 35-2210451
H & W Account No.: 3026

Local Where Work is Performed: 197
Total Number Employed: 3
Journeyman's Wage Rate/Hour: 17.03

This Transmittal Covers ALL Weeks Ending in Calendar MONTH of January  YEAR 04

This report and payment shall be mailed to reach the office of the appropriate Local Collection Agent not later than fifteen (15) calendar days following the end of each calendar month. SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

### CLASSIFICATION TO BE USED IN COLUMN #3
1. BUILDING CONSTRUCTION   22. RESIDENTIAL WIREMAN   4. COMMUNICATIONS   26. OTHER (including non-bargaining admin)
6. INSIDE APPRENTICE   23. RESIDENTIAL APPRENTICE   2. MOTOR REPAIR   5. MAINTENANCE   27. "ALUMNI"
3. SIGN   7. COMM. APPRENTICE

| #1 SOCIAL SECURITY NUMBER | #2 NAME OF EMPLOYEE LAST NAME, FIRST NAME AND MIDDLE INITIAL (ALPHABETICALLY) | #3 CLASS | #4 TOTAL CLOCK HOURS | #5 GROSS EARNINGS | #6 H & W | #7 VAC/SAV | #8 LOCAL PENSION | #9 ANNUITY OR 401K OTHER | #10 WORKING ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|
| 339 60 1536 | Damon Lanz | 22 | 130 | 3,230.40 | 637.00 | — | 182.00 | — | 66.90 |
| 302 74 3133 | Robbie Newell | 23 | 110 | 1,124.30 | 539.00 | — | 154.00 | — | 62.64 |
| 355 43 0413 | Robert G. Newell | 23 | 116 | 2,088.00 | 568.40 | — | 163.40 | — | 81.63 |
| | Total from all continuation sheets | | | | | | | | |
| | GRAND TOTAL, ALL PAGES | | 356 | $5,443.16 | 1,744.40 | — | 498.40 | — | $124.54 #163.27 3.52 |

# PAGES THIS REPORT: 1

1. MAKE CHECK PAYABLE TO NATIONAL ELECTRICAL BENEFIT FUND FOR 3% OF THE GROSS EARNINGS (COLUMN #5)
2. MAKE CHECK PAYABLE TO ILLINOIS CHAPTER, NECA FOR CHAPTER SERVICE CHARGES - 0.5% OF THE GROSS EARNINGS (COLUMN #5) (LOCAL UNION 197 PAYS 1%)
3. MAKE CHECK PAYABLE TO NATIONAL LMCC-ILLINOIS CHAPTER (HOURS WORKED IN COLUMN #4 x $0.01) (LOCAL UNION 702 PAYS $0.10 PER HOUR)
4. MAKE CHECK PAYABLE TO ADMINISTRATIVE MAINTENANCE FUND – (HOURS WORKED IN COLUMN #4 x $0.10) (LOCAL UNION 197 DOES NOT PAY)
   MAIL CHECKS WITH ORIGINAL AND ONE COPY FOR ITEMS #1 THRU #4 TO:
   ILLINOIS EMPLOYEES BENEFIT BOARD NO. 17, ILLINOIS CHAPTER, NECA BUILDING, 3701 SOUTH 6th ST. ROAD, SPRINGFIELD, ILLINOIS 62703 - (217) 585-9500.
5. MAKE CHECK PAYABLE TO RETIREE WELFARE FUND ($0.24 x COLUMN 4) MAIL TO: IBEW-NECA SERVICE CENTER INC., 3260 HAMPTON AVE., ST. LOUIS, MO 63139
6. MAKE CHECK PAYABLE TO APPRENTICESHIP FUND (Mail to Appropriate Fund)

CHECK HERE WHEN APPLICABLE
☒ Final report in this Local Union area   ___ More Forms Are Needed

CHECKS PAYABLE TO EACH OF THE FUNDS LISTED IN COLUMNS 6,7, 8, 9, AND 10, IF APPLICABLE, TO LOCAL AGREEMENT.
LOCAL BUSINESS MANAGER FOR ADDRESS OF EACH FUND.

CHECK TYPE OF BUSINESS ENTITY:
___ Single Proprietorship   ☒ Corporation   ___ Partnership

The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund and agrees that if contributions are made on behalf of non-bargaining unit employees subject to employer contributions...

DATE: 2-15-04

☐ Traveling Contractor
☒ Permanent Contractor

FORM MPR-64-1 (7/03)
ORIGINAL FOR ELECTRICAL BENEFIT FUND

EXHIBIT F

# MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS
## VARIOUS ELECTRICAL INDUSTRY FUNDS AND NATIONAL ELECTRICAL BENEFIT FUND
### FOR USE IN BOARD #17 ONLY

☐ Traveling Contractor
☐ Permanent Contractor

Please Print/Type Name/Address/Phone No.:
SMS
PO Box 1025
Bloomington, IL 61702

Federal Registration No.: 35-2210451
H & W Account No.: 3026

Local Where Work is Performed: 197
Total Number Employed: 2
Journeyman's Wage Rate/Hour: 17.03

This Transmittal Covers ALL Weeks Ending in Calendar MONTH of **February** YEAR **04**

This report and payment shall be mailed to reach the office of the appropriate Local Collection Agent not later than fifteen (15) calendar days following the end of each calendar month.
SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

### CLASSIFICATION TO BE USED IN COLUMN #3
1. BUILDING CONSTRUCTION
6. INSIDE APPRENTICE
22. RESIDENTIAL WIREMAN
23. RESIDENTIAL APPRENTICE
4. COMMUNICATIONS
7. COMM. APPRENTICE
3. SIGN
5. MAINTENANCE
26. OTHER (including non-bargaining admin)
27. "ALUMNI"

| #1 SOCIAL SECURITY NUMBER | #2 NAME OF EMPLOYEE (LAST, FIRST, MIDDLE INITIAL, ALPHABETICALLY) | #3 CLASS | #4 TOTAL CLOCK HOURS | #5 GROSS EARNINGS | #6 H & W | #7 VAC/SAV | #8 LOCAL PENSION | #9 ANNUITY OR 401K OTHER | #10 WORKING ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|
| 343 14 7135 | Robbie Newell | 23 | 117 | 1,195.74 | 573.30 | — | 163.80 | — | 67.70 |
| 329 62 1536 | Damon Lenz | 22 | 133.5 | 2,256.49 | 649.25 | — | 185.50 | — | 103.56 |
| | | | | | | | | | 349 |
| | | | | | | | | | 62.38 |
| Total from all continuation sheets | | | | | | | | | |
| GRAND TOTAL, ALL PAGES | | | 24,50 | 3,452.23 | 1,222.55 | — | 349.30 | — | 67.70 |

# PAGES THIS REPORT: 1

3% OF THE GROSS EARNINGS (COLUMN #5)
0.5% OF THE GROSS EARNINGS (COLUMN #5)
(HOURS WORKED IN COLUMN #4 x $0.01) (LOCAL UNION 702 PAYS $0.10 PER HOUR)
(HOURS WORKED IN COLUMN #4 x $0.10)

1. MAKE CHECK PAYABLE TO NATIONAL ELECTRICAL BENEFIT FUND FOR 3% OF THE GROSS EARNINGS (COLUMN #5)
2. MAKE CHECK PAYABLE TO ILLINOIS CHAPTER, NECA FOR CHAPTER SERVICE CHARGES - 0.5% OF THE GROSS EARNINGS (COLUMN #5)
3. MAKE CHECK PAYABLE TO NATIONAL LMCC-ILLINOIS CHAPTER (HOURS WORKED IN COLUMN #4 x $0.01) (LOCAL UNION 702 PAYS $0.10 PER HOUR)
4. MAKE CHECK PAYABLE TO ADMINISTRATIVE MAINTENANCE FUND - (HOURS WORKED IN COLUMN #4 x $0.10)

MAIL CHECKS WITH ORIGINAL AND ONE COPY FOR ITEMS #1 THRU #4 TO:
ILLINOIS EMPLOYEES BENEFIT BOARD NO. 17, ILLINOIS CHAPTER, NECA BUILDING, 3701 SOUTH 6th ST. ROAD, SPRINGFIELD, ILLINOIS 62703 - (217) 585-9500.

5. MAKE CHECK PAYABLE TO RETIREE WELFARE FUND ($0.24 x COLUMN 4) MAIL TO: IBEW-NECA SERVICE CENTER INC., 3260 HAMPTON AVE., ST. LOUIS, MO 63139
6. MAKE CHECK PAYABLE TO APPRENTICESHIP FUND (Mail To Appropriate Fund)
7. MAKE CHECKS PAYABLE TO EACH OF THE FUNDS LISTED IN COLUMNS 6, 7, 8, 9, AND 10, IF APPLICABLE, TO LOCAL AGREEMENT. CONSULT LOCAL BUSINESS MANAGER FOR ADDRESS OF EACH FUND.

### CHECK HERE WHEN APPLICABLE:
___ First report in this Local Union area
___ Final report in this Local Union area
___ More Forms Are Needed

### CHECK TYPE OF BUSINESS ENTITY:
___ Single Proprietorship
___ Corporation
___ Partnership

The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement). The employer further certifies that if contributions are made on behalf of non-bargaining unit employees, it is making such contributions in accordance with Article 6 of the Agreement and it is either covering all such non-bargaining unit employees only, except those who may be excluded pursuant to Section 6.3 of the Agreement. The employer further certifies that if it is reporting on behalf of a related organization as defined in Article 6 of the Agreement, either all employees of the organization or alumni employees only are covered, except those who may be excluded pursuant to Section 6.3 of the NEBF Agreement.

SIGNATURE AND TITLE _____ DATE: _____

ORIGINAL FOR ELECTRICAL BENEFIT FUND                    FORM MPR-64-1 (1/03)

STAPLE CONTINUATION SHEETS HERE



| | | |
|---|---|---|
| **SMS Electric, Inc.**<br>P.O. Box 1025<br>Bloomington, IL. 61702<br>309-827-5533 | National City Bank<br>National City Bank of Michigan/Illinois<br>Springfield, IL.<br>309-353-7750<br><br>70-2189 / 719 128 | **3229**<br><br>5/18/2004 |

PAY TO THE ORDER OF  NECA-IBEW Welfare Trust Fund          $  **259.11

Two Hundred Fifty-Nine and 11/100************************************************************************  DOLLARS

NECA-IBEW Welfare Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑈003229⑈ ⑉071921891⑊ 884224252⑈

---

**SMS Electric, Inc.**                                                                 3229

NECA-IBEW Welfare Trust Fund                         5/18/2004

                                                                                         259.11

*Penalties & Interest payment*

National City Checking                                                      259.11

SMS Electric, Inc.



THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3230**

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Pension Trust Fund       $ **538.38

Five Hundred Thirty-Eight and 38/100************************************************************************ DOLLARS

NECA-IBEW Pension Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑈003230⑈ ⑆071921891⑆ 884 224 252⑈

---

**SMS Electric, Inc.**                                                                 **3230**
    NECA-IBEW Pension Trust Fund                    5/18/2004
                                                                                          538.38

*Penalties & Interest Payment*

National City Checking                                                                 538.38

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

3231

70-2189 / 719 128

5/18/2004

PAY TO THE ORDER OF  NECA-IBEW Welfare Trust Fund         $ **2,966.95

Two Thousand Nine Hundred Sixty-Six and 95/100************************************************************************** DOLLARS

NECA-IBEW Welfare Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑈003231⑈ ⑆071921891⑆ 884 224 252⑈

---

**SMS Electric, Inc.**                                                                3231
   NECA-IBEW Welfare Trust Fund                          5/18/2004
                                                                                      2,966.95




National City Checking                                                                2,966.95

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

**3232**

70-2189 / 719 128

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Pension Trust Fund            $ **847.70

Eight Hundred Forty-Seven and 70/100************************************************************************** DOLLARS

NECA-IBEW Pension Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑆003232⑆ ⑉071921891⑉ 884224252⑆

---

**SMS Electric, Inc.**                                                          **3232**

NECA-IBEW Pension Trust Fund                            5/18/2004

                                                                            847.70

National City Checking                                                       847.70

SMS Electric, Inc.



THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3233**

5/18/2004

PAY TO THE ORDER OF   IBEW Local 197    $ **197.24

One Hundred Ninety-Seven and 24/100************************************************************************   DOLLARS

IBEW Local 197
2407 Beich Road, Suite A.
Bloomington, IL. 61704

AUTHORIZED SIGNATURE

MEMO

⑈003233⑈ ⑆071921891⑆ 884224252⑈

---

**SMS Electric, Inc.**                                                3233
    IBEW Local 197                       5/18/2004
                                                                     197.24

National City Checking                                                197.24

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

3234

5/18/2004

PAY TO THE ORDER OF   National LMCC                $ **266.83

Two Hundred Sixty-Six and 83/100**************************************************************************************** DOLLARS

National LMCC
3701 S. Sixth St. Road
Springfield, IL. 62703

AUTHORIZED SIGNATURE

MEMO

⑉003234⑉ ⑈071921891⑈ 884224252⑉

---

**SMS Electric, Inc.**                                                                 3234
    National LMCC                                         5/18/2004
                                                                                       266.83


National City Checking                                                                 266.83

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.



**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3235**

5/18/2004

PAY TO THE ORDER OF   Bloomington-Normal JATC   $ **144.03

One Hundred Forty-Four and 03/100************************************************************************ DOLLARS

Bloomington-Normal JATC
2407 Beich Rd. Suite B
Bloomington, IL. 61704

AUTHORIZED SIGNATURE

MEMO

⑈003235⑈ ⑆071921891⑆ 884224252⑈

**SMS Electric, Inc.**                                                                                                   3235

Bloomington-Normal JATC                                            5/18/2004

144.03

National City Checking                                                                                                144.03