E-FILED
Tuesday, 17 August, 2004 04:51:05 PM
Clerk, U.S. District Court, ILCD

**MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS VARIOUS ELECTRICAL INDUSTRY FUNDS AND NATIONAL ELECTRICAL BENEFIT FUND FOR USE IN BOARD #17 ONLY**

Please Print/Type Name/Address/Phone No.: SMS Electric Inc., P.O. Box 1035, Bloomington, IL 61702

Federal Registration No.: 35-2210451
H & W Account No.: 3026

Local Where Work is Performed: 197
Total Number Employed: 3
Journeyman's Wage Rate/Hour: 17.03

☒ Permanent Contractor

This Transmittal Covers ALL Weeks Ending in Calendar MONTH of January YEAR 04

**CLASSIFICATION TO BE USED IN COLUMN #3**
1. BUILDING CONSTRUCTION  22. RESIDENTIAL WIREMAN
6. INSIDE APPRENTICE  23. RESIDENTIAL APPRENTICE
2. MOTOR REPAIR  4. COMMUNICATIONS
3. SIGN  7. COMM. APPRENTICE  5. MAINTENANCE
26. OTHER (including non-bargaining admin)
27. "ALUMNI"

| #1 SOCIAL SECURITY NUMBER | #2 NAME OF EMPLOYEE LAST NAME, FIRST NAME AND MIDDLE INITIAL (ALPHABETICALLY) | #3 CLASS | #4 TOTAL CLOCK HOURS | #5 GROSS EARNINGS | #6 H & W | #7 VAC/SAV | #8 LOCAL PENSION | #9 ANNUITY OR 401K OTHER | #10 WORKING ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|
| 339 68 1536 | Damon Lanz | 22 | 130 | 3,230.40 | 637.00 | — | 182.00 | — | 66.90 |
| 342 74 3133 | Robbie Newell | 23 | 110 | 1,124.30 | 539.00 | — | 154.00 | — | 62.64 |
| 355 43 0413 | Robert C. Newell | 23 | 116 | 2,088.00 | 568.40 | — | 163.40 | — | 81.66 |
| | Total from all continuation sheets | | | | | | | | |
| | GRAND TOTAL, ALL PAGES | | 356 | $5,443.16 | 1,744.40 | — | 498.40 | — | 163.27 ? |

# PAGES THIS REPORT: 1   ☒ Final report in this Local Union area   More Forms Are Needed ___

1. MAKE CHECK PAYABLE TO NATIONAL ELECTRICAL BENEFIT FUND FOR 3% OF THE GROSS EARNINGS (COLUMN #5)
2. MAKE CHECK PAYABLE TO ILLINOIS CHAPTER, NECA FOR CHAPTER SERVICE CHARGES - 0.5% OF THE GROSS EARNINGS (COLUMN #5) (LOCAL UNION 197 PAYS 1%)
3. MAKE CHECK PAYABLE TO NATIONAL LMCC-ILLINOIS CHAPTER (HOURS WORKED IN COLUMN #4 x $0.01) (LOCAL UNION 702 PAYS $0.10 PER HOUR)
4. MAKE CHECK PAYABLE TO ADMINISTRATIVE MAINTENANCE FUND - (HOURS WORKED IN COLUMN #4 x $0.10) (LOCAL UNION 197 DOES NOT PAY)
MAIL CHECKS WITH ORIGINAL AND ONE COPY FOR ITEMS #1 THRU #4 TO:
ILLINOIS EMPLOYEES BENEFIT BOARD NO. 17, ILLINOIS CHAPTER, NECA BUILDING, 3701 SOUTH 6th ST. ROAD, SPRINGFIELD, ILLINOIS 62703 - (217) 585-9500.
5. MAKE CHECK PAYABLE TO RETIREE WELFARE FUND ($0.24 x COLUMN 4) MAIL TO: IBEW-NECA SERVICE CENTER INC., 3260 HAMPTON AVE., ST. LOUIS, MO 63139
6. MAKE CHECK PAYABLE TO APPRENTICESHIP FUND (Mail to Appropriate Fund)

**CHECK HERE WHEN APPLICABLE**
CHECKS PAYABLE TO EACH OF THE FUNDS LISTED IN COLUMNS 6, 7, 8, 9, AND 10, IF APPLICABLE, TO LOCAL AGREEMENT.
LOCAL BUSINESS MANAGER FOR ADDRESS OF EACH FUND.

**CHECK TYPE OF BUSINESS ENTITY:**
Single Proprietorship ___  Partnership ___  ☒ Corporation

The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions...

DATE: 2-15-04

SIGNATURE AND TITLE: [signature]

FORM MPR-64-1 (7/03)

ORIGINAL FOR ELECTRICAL BENEFIT FUND

**EXHIBIT F**

# MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS
## VARIOUS ELECTRICAL INDUSTRY FUNDS AND NATIONAL ELECTRICAL BENEFIT FUND
### FOR USE IN BOARD #17 ONLY

☐ Traveling Contractor
☐ Permanent Contractor

Please Print/Type Name/Address/Phone No.:
SMS
PO Box 1025
Bloomington, IL 61702

Federal Registration No.: 35-2210451
H & W Account No.: 3026

Local Where Work is Performed: 197
Total Number Employed: 2
Journeyman's Wage Rate/Hour: 17.03

This Transmittal Covers ALL Weeks Ending in Calendar MONTH of February YEAR 04

This report and payment shall be mailed to reach the office of the appropriate Local Collection Agent not later than fifteen (15) calendar days following the end of each calendar month. SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

### CLASSIFICATION TO BE USED IN COLUMN #3
1. BUILDING CONSTRUCTION  22. RESIDENTIAL WIREMAN  4. COMMUNICATIONS  3. SIGN  26. OTHER (including non-bargaining admin)
6. INSIDE APPRENTICE  23. RESIDENTIAL APPRENTICE  7. COMM. APPRENTICE  5. MAINTENANCE  27. "ALUMNI"

| #1 SOCIAL SECURITY NUMBER | #2 NAME OF EMPLOYEE (LAST, FIRST, MI) | #3 CLASS | #4 TOTAL CLOCK HOURS | #5 GROSS EARNINGS | #6 H & W | #7 VAC/SAV | #8 LOCAL PENSION | #9 ANNUITY OR 401K / OTHER | #10 WORKING ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|
| 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 | Robbie Newell | 23 | 117 | 1,195.74 | 573.30 | — | 163.80 | — | 103.56 |
| 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 | Damon Lenz | 22 | 132.5 | 2,256.49 | 649.25 | — | 185.50 | — | 67.70 |
| | | | | | | | | | |
| | Total from all continuation sheets | | | | | | | | |
| # PAGES THIS REPORT: 1 | GRAND TOTAL, ALL PAGES | | 249.50 | 3,452.23 | 1,222.55 | — | 349.30 | — | 67.70 / 103.56 / 249 / 62.38 |

1. MAKE CHECK PAYABLE TO NATIONAL ELECTRICAL BENEFIT FUND FOR 3% OF THE GROSS EARNINGS (COLUMN #5)
2. MAKE CHECK PAYABLE TO ILLINOIS CHAPTER, NECA FOR CHAPTER SERVICE CHARGES - 0.5% OF THE GROSS EARNINGS (COLUMN #5)
3. MAKE CHECK PAYABLE TO NATIONAL LMCC-ILLINOIS CHAPTER (HOURS WORKED IN COLUMN #4 x $0.01) (LOCAL UNION 702 PAYS $0.10 PER HOUR)
4. MAKE CHECK PAYABLE TO ADMINISTRATIVE MAINTENANCE FUND - (HOURS WORKED IN COLUMN #4 x $0.10)

MAIL CHECKS WITH ORIGINAL AND ONE COPY FOR ITEMS #1 THRU #4 TO:
ILLINOIS EMPLOYEES BENEFIT BOARD NO. 17, ILLINOIS CHAPTER, NECA BUILDING, 3701 SOUTH 6th ST. ROAD, SPRINGFIELD, ILLINOIS 62703 - (217) 585-9500.

5. MAKE CHECK PAYABLE TO RETIREE WELFARE FUND ($0.24 x COLUMN 4) MAIL TO: IBEW-NECA SERVICE CENTER INC., 3260 HAMPTON AVE., ST. LOUIS, MO 63139
6. MAKE CHECK PAYABLE TO APPRENTICESHIP FUND (Mail To Appropriate Fund)
7. MAKE CHECKS PAYABLE TO EACH OF THE FUNDS LISTED IN COLUMNS 6, 7, 8, 9, AND 10, IF APPLICABLE, TO LOCAL AGREEMENT. CONSULT LOCAL BUSINESS MANAGER FOR ADDRESS OF EACH FUND.

### CHECK HERE WHEN APPLICABLE:
___ First report in this Local Union area  ___ Final report in this Local Union area  ___ More Forms Are Needed

The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement). The employer further certifies that if contributions are made on behalf of non-bargaining unit employees, it is making such contributions in accordance with Article 6 of the Agreement and it is either covering all such non-bargaining unit employees or alumni employees only, except those who may be excluded pursuant to Section 6.3 of the Agreement. The employer further certifies that if it is reporting on behalf of a related organization as defined in Article 6 of the Agreement, either all employees of the organization or alumni employees only are covered, except those who may be excluded pursuant to Section 6.3 of the NEBF Agreement.

### CHECK TYPE OF BUSINESS ENTITY:
___ Single Proprietorship  ___ Corporation  ___ Partnership

SIGNATURE AND TITLE: _____  DATE: _____

FORM MPR-64-1 (1/03)

ORIGINAL FOR ELECTRICAL BENEFIT FUND



THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3229**

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Welfare Trust Fund   $ **259.11

Two Hundred Fifty-Nine and 11/100************************************************************************************ DOLLARS

NECA-IBEW Welfare Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑆003229⑆ ⑉071921891⑉ 884224252⑆

---

**SMS Electric, Inc.**                                                                                                   3229

NECA-IBEW Welfare Trust Fund                                            5/18/2004

                                                                                                                         259.11

*Penalties & Interest payment*

National City Checking                                                                                                   259.11

SMS Electric, Inc.

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3230**

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Pension Trust Fund                 $ **538.38

Five Hundred Thirty-Eight and 38/100************************************************************************************   DOLLARS

NECA-IBEW Pension Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑇003230⑇ ⑇071921891⑇ 884224252⑇

---

**SMS Electric, Inc.**                                                              3230

NECA-IBEW Pension Trust Fund                        5/18/2004
                                                                                    538.38

*Penalties & Interest Payment*

National City Checking                                                              538.38

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3231**

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Welfare Trust Fund                                                    $  **2,966.95

Two Thousand Nine Hundred Sixty-Six and 95/100******************************************************************** DOLLARS

NECA-IBEW Welfare Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑁003231⑁ ⑉071921891⑉ 884224252⑁

---

**SMS Electric, Inc.**                                                                                                     3231

NECA-IBEW Welfare Trust Fund                                           5/18/2004

                                                                                                                          2,966.95

National City Checking                                                                                                 2,966.95

SMS Electric, Inc.

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

**3232**

70-2189 / 719 128

5/18/2004

PAY TO THE ORDER OF   NECA-IBEW Pension Trust Fund     $ **847.70

Eight Hundred Forty-Seven and 70/100************************************************************************************ DOLLARS

NECA-IBEW Pension Trust Fund
2120 Hubbard Ave.
Decatur, IL. 62526

AUTHORIZED SIGNATURE

MEMO

⑈003232⑈ ⑆071921891⑆ 884224252⑈

**SMS Electric, Inc.**                                                              **3232**

NECA-IBEW Pension Trust Fund                    5/18/2004

847.70

National City Checking                                                              847.70

SMS Electric, Inc.

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.



**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3233**

5/18/2004

PAY TO THE ORDER OF   IBEW Local 197                $ **197.24

One Hundred Ninety-Seven and 24/100*************************************************************************   DOLLARS

IBEW Local 197
2407 Beich Road, Suite A.
Bloomington, IL. 61704

AUTHORIZED SIGNATURE

MEMO

⑆003233⑆ ⑈071921891⑈ 884224252⑆

**SMS Electric, Inc.**                                                                 **3233**
  IBEW Local 197                                        5/18/2004
                                                                                       197.24

National City Checking                                                                 197.24

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.



**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3234**

5/18/2004

PAY TO THE ORDER OF   National LMCC                                         $ **266.83

Two Hundred Sixty-Six and 83/100************************************************************************************ DOLLARS

National LMCC
3701 S. Sixth St. Road
Springfield, IL. 62703

AUTHORIZED SIGNATURE

MEMO

⑈003234⑈ ⑆071921891⑆ 884224252⑈

**SMS Electric, Inc.**                                                        **3234**
   National LMCC                            5/18/2004
                                                                              266.83

National City Checking                                                        266.83

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.



**SMS Electric, Inc.**
P.O. Box 1025
Bloomington, IL. 61702
309-827-5533

National City Bank
National City Bank of Michigan/Illinois
Springfield, IL.
309-353-7750

70-2189 / 719 128

**3235**

5/18/2004

PAY TO THE
ORDER OF   Bloomington-Normal JATC                                                    $ **144.03

One Hundred Forty-Four and 03/100************************************************************************ DOLLARS

Bloomington-Normal JATC
2407 Beich Rd. Suite B
Bloomington, IL. 61704

AUTHORIZED SIGNATURE

MEMO

⑴"003235"⑴ ⑴:071921891⑴: 884224252⑴"

**SMS Electric, Inc.**                                                                                           3235

Bloomington-Normal JATC                                                         5/18/2004

144.03

National City Checking                                                                                      144.03