# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

April 27, 2004

**Via Certified Mail**
S.M.S. Electric, Inc.
**Attn: Mike Eeten**
Post Office Box 1025
Bloomington, IL    61702

Re:   **NECA-IBEW Welfare and Pension Trust Funds**
       **Employee Contributions/Liquidated Damages & Interest Due**

Dear Mr. Eeten:

Please be advised that we represent NECA-IBEW Welfare and Pension Trust Funds ("Funds"). The administrators of the Funds have indicated that S.M.S. Electric, Inc., is delinquent in submitting its contributions and report forms for the months of January and February 2004. In addition, your company owes a total of $797.49 in Liquidated Damages, penalties and interest to the Funds ($259.11 to the Welfare Fund; $538.38 to the Pension Fund).

Please note, we have received your notification of the closing of the company. However, you must still submit contributions and report forms for January and February. If you did not have any employees working at that time, you must submit a "no work" report form to the Funds.

**Please submit your contributions and reporting forms for January and February 2004 as well as a check in the amount of $259.11 made payable to NECA-IBEW Welfare Trust Fund and a check in the amount of $538.38 made payable to NECA-IBEW Pension Trust Funds** *to this office* **on or before Monday, May 10, 2004.** Failure to do so will leave this office with no other alternative but to file formal legal proceedings to collect the same. This may result in additional costs and inconvenience to you, including assessment of our attorneys' fees in collecting the same.

Thank you in advance for your earliest attention to this matter.

Yours truly,

*James P. Moody*
James P. Moody

cc:   NECA-IBEW Welfare and Pension Trust Funds/Robin Hamilton
      S.M.S. Electric, Inc., via regular mail
JPM/rd
F:\files\NECA-IBE\DELIQ\L-SMSElectric.DMD.wpd


EXHIBIT
G

# CAVANAGH & O'HARA
Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

May 10, 2004

**FINAL NOTICE**

**Via Certified Mail**
S.M.S. Electric, Inc.
**Attn: Mike Eeten**
Post Office Box 1025
Bloomington, IL    61702

Re:   NECA-IBEW Welfare and Pension Trust Funds
       Employee Contributions/Liquidated Damages & Interest Due

Dear Mr. Eeten:

As you have been previously advised, this firm represents the NECA-IBEW Welfare and Pension Trust Funds ("Funds"). The administrators of the Funds have indicated that your company is delinquent in submitting its contributions and report forms for the months of January and February 2004. In addition, your company owes a total of $797.49 in Liquidated Damages, penalties and interest to the Funds ($259.11 to the Welfare Fund; $538.38 to the Pension Fund).

Please note, we have received your notification of the closing of the company. However, you must still submit contributions and report forms for January and February. If you did not have any employees working at that time, you must submit a "no work" report form to each of the Funds.

**Please submit your contributions and reporting forms for January and February 2004 as well as a check in the amount of $259.11 made payable to NECA-IBEW Welfare Trust Fund and a check in the amount of $538.38 made payable to NECA-IBEW Pension Trust Funds** to this office **on or before Wednesday, May 19, 2004**. Please be advised, this will be the last letter to you prior to our filing formal legal proceedings to collect the same. This may result in additional costs and inconvenience to you, including assessment of our attorneys' fees in collecting the same.

Thank you in advance for your earliest attention to this matter.

Yours truly,

*James P. Moody /r*
James P. Moody

cc:   NECA-IBEW Welfare and Pension Trust Funds/Robin Hamilton
      S.M.S. Electric, Inc., via regular mail
JPM/rd
F:\files\NECA-IBE\DELIQ\L-SMSElectric.FNL.DMD.wpd

# CAVANAGH & O'HARA
Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

June 16, 2004

**FIRST AND FINAL NOTICE**

**Via Certified Mail**
Mr. Michael T. Mahoney
1011 North Second Street
Post Office Box 295
Chillicothe, IL   61523

Re:   **SMS Electric, Inc. (SMS)**

Dear Mr. Mahoney:

Please be advised, this firm represents the NECA-IBEW Welfare Trust Fund and the NECA-IBEW Pension Trust Fund ("Funds"). Per the enclosed correspondence, we contacted Mike Eeten with respect to delinquencies due the Funds. On May 19, 2004, we received the requested penalties and interest, contributions and report forms (copies enclosed). However, SMS's bank has indicated repeatedly that funds are not available for these checks. As you are listed with the Secretary of State as SMS' Registered Agent, please advise SMS to remit payment.

**Please submit payment for the January and February 2004 contributions, as well as penalties and interest (as indicated)** *to this office* **on or before Wednesday, June 30, 2004.** Please be advised, this will be the last letter to the company prior to our filing formal legal proceedings to collect the same. This may result in additional costs and inconvenience to the company, including assessment of our attorneys' fees in collecting the same.

Thank you in advance for your earliest attention to this matter.

Yours truly,

*James P. Moody*
James P. Moody

Enclosures
cc:   NECA-IBEW Welfare and Pension Trust Funds/Robin Hamilton
JPM/rd
F:\files\NECA-IBE\DELIQ\L-Mahoney.SMS.DMD.wpd