IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. ) |
| SMS ELECTRIC, INC., | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by me in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 04/19/2004 | Received and reviewed information pertaining to new delinquency file from Robin Hamilton of Fund Office; Preparation of letter to employer via certified and regular mail demanding delinquent contributions and liquidated damages. | 1.00 |
| 05/10/04 | Review of file; Preparation of final demand notice to employer regarding delinquencies. | 0.50 |
| 05/19/04 | Received and reviewed January and February 2004 contribution report forms and applicable contributions, as well as payment for liquidated damages and interest due; Review file with respect to same; Telephone conference with National City Bank regarding verification of funds for clearance; Check for lowest amount will not clear, therefore, none will; Telephone conference with Robin Hamilton regarding same and further handling instruction. | 0.40 |
| 05/24/04 | Telephone conference with National City Bank regarding verification of funds with respect to clearance of checks; Checks still will not clear. | 0.10 |

1



EXHIBIT
H

| | | |
|---|---|---:|
| 06/08/04 | Attempt to contact Mike Eeten of SMS Electric, Inc., regarding lack of funds for payment; Company phone number has been disconnected; Home phone number has been disconnected; Research corporate information; Left message for Michael Mahoney, Registered Agent, regarding delinquency and Eeten. | 0.40 |
| 06/16/04 | Telephone conference with Michael Mahoney's office regarding contacting Mike Eeten; Mahoney's office stated they had no valid address for Eeten. | 0.10 |
| | Letter to Michael Mahoney as Registered Agent demanding payment of delinquencies or suit would be filed. | 0.50 |
| 06/30/04 | Review file; Begin preparation of Complaint for collection of contributions due to lack of funds; Preparation of Affidavit in Support of Attorney Fees; Research Process Server in Bloomington/Normal area; Telephone conference with Peoria County Sheriff regarding fee for service of Summons and Complaint. | 2.00 |
| 08/11/04 | Finalize Complaint, Affidavit in Support of Attorney Fees, Civil Cover Sheet, Summons, Certificate of Interest; Letter to the U.S. District Court, Danville Division, regarding filing of same. | 1.50 |
| 08/16/04 | Receipt and review of file stamped Complaint; Letter to Peoria County Sheriff regarding service of same. | 0.50 |
| | **TOTAL HOURS 7.00 x $175.00 PER HOUR** | $1,225.00 |
| 08/11/04 | U.S. District Court – filing fee | $150.00 |
| 08/16/04 | Peoria County Sheriff – Service fee | 35.83 |
| | **TOTAL AMOUNT DUE** | **$1,410.83** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
JAMES P. MOOBY

2

SUBSCRIBED and SWORN to before me on this 10th day of August, 2004.

_____
NOTARY PUBLIC

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone: (217) 544-1771
F:\files\NECA-IBE\DELIQ\A-SMSElectric.DEL.FEE.wpd

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

3