AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Tuesday, 17 August, 2004 04:39:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,
    Plaintiffs,

V.

SMS ELECTRIC, INC.,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2161

TO: (Name and address of defendant)

Michael T. Mahoney, Registered Agent - PERSONAL SERVICE ONLY
1011 North 2nd Street
Chillicothe, IL 61523
(309) 274-5451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8/17/04
DATE

s/V. Ball
(BY) DEPUTY CLERK