IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 04-2161 ) |
| SMS ELECTRIC, INC., | ) ) |
| Defendant. | ) |

FILED
AUG 17 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## CERTIFICATE OF INTEREST

The undersigned counsel of record for the Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, furnish the following in compliance with Standing Order CDIL-33 of this Court.

(a)   NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund.

(b)   Not applicable.

(c)   CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
Daniel M. McLaughlin

DATED this 16th day of August, 2004.

_____
JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
F:\files\NECA-IBE\DELIQ\C-Interest.SMSElectric.DEL.wpd