AO 440 (Rev. 10/93) Summons in a Civil Action
2:04-cv-02161-MPM-DGB   # 4   Page 1 of 4
E-FILED
Thursday, 09 September, 2004 01:22:08 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,
　　　　　Plaintiffs,

V.

SMS ELECTRIC, INC.,
　　　　　Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2161

8549

TO: (Name and address of defendant)
　　Michael T. Mahoney, Registered Agent - PERSONAL SERVICE ONLY
　　1011 North 2nd Street
　　Chillicothe, IL 61523
　　(309) 274-5451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
　　James P. Moody
　　Cavanagh & O'Hara
　　407 East Adams Street
　　Springfield, IL 62701
　　(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: _J. M. Waters_
(BY) DEPUTY CLERK: _U. Ball_

DATE: 8/17/04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

324 MAIN STREET    ROOM B-20    PEORIA COUNTY COURTHOUSE    PEORIA, ILLINOIS 61602-1374    (309)672-6040

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 04-00-02161    0408549

I HAVE THIS 02ND DAY OF SEPTEMBER, 2004, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON MAHONEY, MICHAEL    ON BEHALF OF:
NECA IBEW WELFARE TRUST FUND , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED : SEX M  RACE W  AGE    TIME 14:15:  DATE 09/02/2004
PLACE OF SERVICE: 1011  N  SECOND ST    CHILLICOTHE , IL 61523
SERVICE FEE DUE : $35.83
MICHAEL D. MC COY    BY:    0419    AVINO, DEBRA
SHERIFF OF PEORIA COUNTY

OFFICER : *Debra Avino*

SENT COPY: _____

### SERVICE HISTORY

09/03/2004 09:39 AM 0419 SERVED
    *SERVICE COMPLETE*
08/30/2004 02:46 PM 0456 UNABLE TO CONTACT
    UNABLE TO CONTACT

PEORIA COUNTY SHERIFF'S OFFICE

DATE: 09/03/2004                                    RECEIPTNO:  44362

RECEIVED FROM: MOODY, JAMES P
FOR ACCOUNT     05735

        CASH
        CHECK NO.
        FROM PREPAID BALANCE
        CHANGE AMOUNT

APPLIED TO: 04-08549 $,    $35.83    PFEE PAPER FEES

DEPOSIT APPLIED

RECEIVED BY: HESJ

---

**PERSONAL SERVICE ONLY**

NAME _Michael Mahoney_

ADDRESS _1011 N Second St._

CITY _Chillicothe_

LEFT WITH _Michael P Mahoney_
Title/Relationship

SEX _M_    AGE ____    RACE _W_

TIME _1415_   DATE _9/2/04_   MILES _30_

CAR# ____   OFFICER _____
                      Badge#