**E-FILED**
Thursday, 28 October, 2004  01:56:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| and NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 04-2161 |
| | ) | |
| SMS ELECTRIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND, and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1. On August 17, 2004, Plaintiffs filed their Complaint against the Defendant requesting delinquent contributions, liquidated damages and interest for the months of January and February 2004 in the amount of $5,226.29.

2. That Defendant was served with such Summons and Complaint on September 2, 2004, via its Registered Agent.

3. Defendant has not filed an answer or otherwise filed a pleading in this cause.

4. Defendant has submitted payment in full for the delinquent contributions, liquidated damages and interest with respect to this action.

5. That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiffs herewith file this Notice of Voluntary Dismissal Without Prejudice.

> NECA-IBEW WELFARE TRUST FUND, and
> NECA-IBEW PENSION TRUST FUND,
> Plaintiffs,
>
> By:_____s/ James P. Moody_____
>                JAMES P. MOODY

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 28th day of October, 2004:

| | |
|---|---|
| Michael T. Mahoney, Registered Agent | Douglas R. Smith, Esq. |
| SMS Electric, Inc. | Saint Law Group, P.C. |
| 1011 North 2nd Street | 115 West Jefferson, Suite 303 |
| Chillicothe,   IL      61523 | Bloomington,      IL     61701-3967 |

and that the original was filed with the Clerk of the Court in which said cause is pending.

> By:_____s/ James P. Moody_____
>                JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com